**IN RE: ADOPTION OF: BABY L.**

**1827 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

108–AD–2015 (Dauphin)

Affirmed

**IN RE: H.G. and J.G., Minor Children**

**2014 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

6520 (Lycoming)

Reversed/Remanded

**COM.**

v.

**BROWNLEE, R.**

**686 WDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–33–CR–0000004–2014 (Jefferson)

Affirmed

**COM.**

v.

**WHITE, V.**

**738 WDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–33–CR–0000147–2006 (Jefferson)

Affirmed

**COM.**

v.

**BIGGS, M.**

**3558 EDA 2015**

Superior Court of Pennsylvania.

5/12/2017

CP–51–CR–0015926–2013 (Philadelphia)

Affirmed

**COM.**

v.

**BROWN, R.**

**1348 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–51–CR–0013828–2014, CP–51–CR–0013829–2014, CP–51–CR–0013830–2014,